UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| COREY LEA | ] |
| Petitioner, | ] |
| | ] |
| v. | ] No. 3:16-0735 |
| | ] Judge Campbell |
| UNITED STATES DEPARTMENT OF | ] |
| AGRICULTURE, et al. | ] |
| Respondents. | ] |

**O R D E R**

The Court has before it a *pro se* Petition for Judicial Review (Docket Entry No. 1) under the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.*, and an application to proceed in forma pauperis (Docket Entry No. 2).

The petitioner is a resident of Arrington, Tennessee. It appears from his application that he lacks sufficient financial resources from which to pay the fee required to file the Petition. Therefore, the Clerk will file the Petition in forma pauperis. 28 U.S.C. § 1915(a).

The Court has reviewed the complaint and finds that it is not facially frivolous. Accordingly, the Clerk is directed to ISSUE PROCESS to the defendants. The United States Marshal is directed to SERVE PROCESS on the defendants.

This action is REFERRED to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pre-trial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b),

Fed.R.Civ.P., and the Local Rules of Court.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge